JS-6

1  Scott R. Hansen (State Bar No. 164012)
   shansen@fulpat.com
2  David J. Pitman (State Bar No. 172944)
   dpitman@fulpat.com
3  FULWIDER PATTON LLP
   Howard Hughes Center
4  6060 Center Drive, Tenth Floor
   Los Angeles, California 90045
5  Telephone: (310) 824-5555
   Facsimile: (310) 824-9696
6
   Attorneys for Plaintiff
7

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MARATAC, INC., a California corporation, | CASE NO. CV 12-04305 RSWL-DTB |
|---|---|
| Plaintiff, | CONSENT JUDGMENT AND PERMANENT INJUNCTION |
| v. | |
| DEBEER WATCH BANDS, INC., a California corporation, | |
| Defendant. | |

26 ///

27 ///

28 ///

CONSENT JUDGMENT AND PERMANENT INJUNCTION

The parties have agreed to the following findings of fact and conclusions of law, and accordingly the Court enters this Consent Judgment and Permanent Injunction.

1. Plaintiff Maratac Inc. ("Maratac") is the owner of all rights, title and interest in United States Trademark Registration No. 3,771,156 on ZULU for "watch bands and straps."

2. Defendant Debeer Watch Bands, Inc. ("Debeer") has sold, in the United States, watch bands under the ZULU designation, including on Amazon.com and other websites.

3. Maratac filed the present action against Debeer contending that Debeer had, *inter alia*, infringed Maratac's trademark rights in its ZULU mark.

4. This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 (actions arising under the Federal Trademark Act), 28 U.S.C. § 1338(a) (acts of Congress relating to trademarks), and 28 U.S.C. § 1338(b) (pendent unfair competition claims) and 28 U.S.C. § 1367 (supplemental jurisdiction over state law claims).

5. Maratac's U.S. Trademark Registration No. 3,771,156 on ZULU is valid.

6. Debeer has infringed Maratac's U.S. Trademark Registration No. 3,771,156.

7. Each party shall pay its own attorneys' fees and costs.

///

///

///

8. Except as expressly provided in a confidential Settlement Agreement ("Settlement Agreement") between the parties effective September 6, 2012, Debeer and its officers, directors, agents, servants, employees, attorneys, assignees, and all persons or entities controlling or in active concert or participation with, through, or under Debeer are hereby permanently enjoined from selling, offering to sell, importing, and/or exporting watch bands or straps under the ZULU designation without permission or license from Maratac, and from otherwise infringing Maratac's U.S. Trademark Registration No. 3,771,156.

9. This Court retains jurisdiction over this action for the purpose of enforcing, construing, clarifying, and modifying the confidential Settlement Agreement (as provided therein) and this Consent Judgment and Permanent Injunction.

10. No appeal shall be taken by any party from this Consent Judgment and Permanent Injunction, the right to appeal being expressly waived by all parties.

11. To the extent not specifically addressed herein, all claims, counterclaims, and affirmative defenses are dismissed with prejudice.  This Consent Judgment and Permanent Injunction concludes this action.

///

///

///

12. The Clerk is directed to enter this Consent Judgment and Permanent Injunction without further notice.

**IT IS SO ORDERED.**

DATED: September 13, 2012

_____
RONALD S.W. LEW
The Honorable Ronald S.W. Lew
United States District Court

DATED: September __, 2012        Debeer Watch Bands, Inc.


By _____
Name:
Title:

DATED: September __, 2012        FULWIDER PATTON LLP


By _____
Scott R. Hansen
David Pitman
Attorneys for Plaintiff Maratac Inc.

**IT IS SO ORDERED.**

Entered this _____ day of September ___, 2012.

DATED: September ___, 2012

_____
The Honorable Ronald S.W. Lew
United States District Court

DATED: September 6, 2012        Debeer Watch Bands, Inc.

By *[signature]*
_____
Name: Gary VandenLangenberg
Title: President

DATED: September 7, 2012        FULWIDER PATTON LLP

By *[signature]*
_____
Scott R. Hansen
David Pitman
Attorneys for Plaintiff Maratac Inc.